**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **NO. CR06-5535FDB** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER EXTENDING** |
| ) | **PRETRIAL MOTION** |
| **RAMON NAVARRO-LOPEZ,** ) | **CUTOFF DATE** |
| **BRIAN LEE FRIEDERICH-TIBBETS** ) | |
| ) | |
| Defendants. ) | |

Upon the stipulation of the parties to continue the pretrial motions cutoff date in the above-captioned case and that such a continuance is necessary for effective case preparation and would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,  it is

//
//
//
//
//
//
//

Order Extending
Pre-Trial Motion
Cutoff Date

JUDITH M. MANDEL
Attorney at Law
524 Tacoma Ave So
Tacoma, WA 98402
(253)272-5640

1

ORDERED:

That the pretrial motion cutoff date in the above matter presently scheduled for <u>November 17, 2006</u> is hereby extended to <u>December 7, 2006</u>.

DATED this 21st day of <u>November</u>, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

```
Presented by

/s/Judith M. Mandel
Judith M. Mandel
524 Tacoma Avenue So
Tacoma, WA 98402
PH:  (253)272-5640
Fax: (253)272-5642
judithmandel@callatg.com

Approved by
/s/David R. Jennings
David R. Jennings
Assistant United States Attorney

Approved by
/s/Linda R. Sullivan
Linda R. Sullivan
Attorney for Brian Lee Friederich-Tibbets
```

Order Extending
Pre-Trial Motion
Cutoff Date

2

JUDITH M. MANDEL
Attorney at Law
524 Tacoma Ave So
Tacoma, WA 98402
(253)272-5640